TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*****************

UNITED STATES OF AMERICA V. JIA DONG, also known as "Mei C. Zheng"

25 MJ 106
Docket Number

*****************

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Vincent Chiappini
Firm Name: USAO-EDNY
Address: 271-A Cadman Plaza East
Brooklyn, New York 11201
Phone Number: 929-213-2322
E-Mail Address: Vincent.Chiappini@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
If yes, state description of document to be entered on docket sheet:

A) **If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: ____
Judge/Magistrate Judge: ____
Date Entered: ____

B) **If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn_____, NEW YORK

3/27/2025                      /s/ James R. Cho
_____              _____
                             **U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____ DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

March 27, 2025                Vincent Chiappini
_____              _____
DATE                          SIGNATURE

PP:VC
F. #2025R00140

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JIA DONG
   also known as "Mei C. Zheng,"

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF AN ARREST WARRANT

(8 U.S.C. § 1326(a) and (b)(2))

No. 25 MJ 106

EASTERN DISTRICT OF NEW YORK, SS:

      Henry Tsang, being duly sworn, deposes and states that he is a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

      On or about February 11, 2025, within the Eastern District of New York and elsewhere, the defendant JIA DONG, also known as "Mei C. Zheng," being an alien who had previously been deported and removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Attorney General of the United States and the Secretary of the Department of Homeland Security having expressly consented to such alien's applying for admission.

      (Title 8, United States Code, Section 1326(a) and (b)(2))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Deportation Officer with ICE and have undergone extensive law enforcement and legal training involving Title 8 of the United States Code concerning illegal reentry of aliens into the United States. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On or about November 7, 1996, the defendant JIA DONG, a national of the People's Republic of China ("China"), was ordered removed from the United States by an Immigration Judge in New York, New York. On or about February 21, 1997, the Attorney General, acting through the Immigration and Naturalization Service, issued a Warrant of Deportation ordering that DONG be taken into custody and deported.

3. On or about May 8, 1997, the defendant JIA DONG was convicted of assault in the second degree, a felony in violation of New York Penal Law § 120.05. DONG was subsequently sentenced to a term of incarceration of two and a half to five years.

4. On or about August 7, 2020, the defendant JIA DONG was deported from the Port of Los Angeles to China.

5. On or about February 11, 2025, the defendant JIA DONG possessed a stun gun and was arrested in Brooklyn, New York, by the New York City Police Department for criminal possession of a weapon in the fourth degree, in violation of New York Penal Law

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

§ 265.01(01). In connection with this arrest, DONG gave the false name "Mei C. Zheng" to law enforcement.

6. In connection with his arrest on or about February 11, 2025, the defendant JIA DONG's fingerprint impressions were taken. Law enforcement officers compared the fingerprints taken in connection with DONG's arrest on or about February 11, 2025, to the fingerprints taken at the time of the defendant's removal and deportation by the Immigration and Naturalization Service in 2000. These fingerprint impressions showed that DONG was both the individual deported from the United States in 2000 and the individual arrested for possessing a weapon in 2025.

7. A search of immigration records reveals that there exists no request by the defendant JIA DONG for permission from either the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States after removal.

WHEREFORE, your deponent respectfully requests that the defendant JIA DONG be dealt with according to law.

I further request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. Based upon my training and experience, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving

4

the defendant an opportunity to flee from prosecution, destroy or tamper with evidence and change patterns of behavior.

/s/ Henry Tsang
Henry Tsang
Deportation Officer, United States Immigration and Customs Enforcement

Sworn to before me by telephone this
27th day of March, 2025

*James R. Cho*
THE HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK