PP:VC
F. #2025R00140

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*    JULY 25, 2025    *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

JIA DONG,
   also known as "Mei C. Zheng,"

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 25-CR-239
(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2);
 T. 18, U.S.C., §§ 3551 et seq.)

Judge Orelia E. Merchant
Magistrate Judge Cheryl L. Pollak

THE GRAND JURY CHARGES:

### ILLEGAL REENTRY

On or about February 11, 2025, within the Eastern District of New York and elsewhere, the defendant JIA DONG, an alien who had previously been deported and removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Attorney General of the United States and the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

/s/

               FOREPERSON

By: _____, Assistant U.S. Attorney
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK